UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20370-CIV-GOLD/McALILEY

ODALYS LOPEZ, IVONNE REYES,
and others similarly situated,

    Plaintiffs,

v.

THE VALLS GROUPS, INC.

    Defendant,

ROCKAWAY ENTERPRISES, INC.,

    Intervenor Defendant.
_____/

## ORDER GRANTING MOTION FOR CLARIFICATION

THIS CAUSE is before the Court upon Defendant and Intervenor Defendant's Motions for Clarification of Order Following Telephonic Status Conference Concerning Content of Notice [DE 68, 69]. Having reviewed the motion and the record in this case, I agree with Defendants that the language in the Notice must be amended from:

> If you were employed as a "Waiter," "Waitress," or "Cafeteria Server," by any "La Carreta" restaurant in Miami-Dade or Broward Counties, at any time from February 28, 2005 through the present, **you** provided food service directly to customers of the restaurant and received tips or gratuities directly from these customers, and you believe that you may have been paid less than the applicable, required minimum wage without being properly informed of the Employer's decision to apply a "tip credit" to your wages...

to:

> If you were employed as a "Waiter," "Waitress," or "Cafeteria Server," by any "La Carreta" restaurant in Miami-Dade or Broward Counties, at any time from February 28, 2005 through the present **that** provided food service directly to customers of the restaurant and received tips or gratuities directly from these customers, and you believe that you may have been paid less than the applicable, required minimum wage without being properly informed of the Employer's decision to apply a "tip credit" to your wages...

This minor change from ",you" to "that" will avoid any likely confusion as to the scope of the class.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1. Defendant and Intervenor Defendant's Motions [DE 68, 69] are GRANTED.

2. The content of the notice is amended in accordance with this order. An amended Notice and Consent Form is attached to this Order as Exhibit A.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 of August, 2008.

THE HONORABLE ALAN S. GOLD
U.S. DISTRICT JUDGE

cc:
U.S. District Judge Chris M. McAliley
Counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20370-CIV-GOLD/McALILEY

ODALYS LOPEZ, IVONNE REYES,
and others similarly situated,

    Plaintiffs,

v.

THE VALLS GROUPS, INC.

    Defendant,

ROCKAWAY ENTERPRISES, INC.,

    Intervenor Defendant.
_____/

## EXHIBIT A

To: PAST AND PRESENT CAFETRIA SERVERS, WAITERS, AND WAITRESSES AT LA CARRETA RESTAURANTS

Re: NOTICE OF RIGHT TO JOIN LAWSUIT FOR ALLEGED PAYMENT OF UNPAID MINIMUM WAGE AND UNPAID OVERTIME PAY IN VIOLATION OF THE FAIR LABOR STANDARDS ACT

This letter is an important Notice concerning your potential rights under the Fair Labor Standards Act as a result of your current or past employment with any "La Carreta" restaurant.

A lawsuit has been filed in the United States District Court for the Southern District of Florida by a current employee named Odalys Lopez and a former employee named Ivonne Reyes. The case is styled *Lopez, et al., v. The Valls Group, Inc., et al.*, Case No. 08-20370- CIV-GOLD.

Mrs. Lopez and Mrs. Reyes allege that they and other cafeteria servers, waiters, and waitresses of "La Carreta" restaurants were paid less than the applicable and required minimum wage over a period of years. They also maintain that they were not paid all of the overtime pay due for work performed in excess of 40 hours per week. Finally, they allege that their Employer did not properly inform them that a "tip credit" was being applied toward their wages. A "tip credit" consists of a reduction in the employees hourly base rate because they receive tips. According to Plaintiffs, these actions constitute a violation of the Fair Labor Standards Act.

Defendants deny all allegations and have asserted several defenses to the claims brought against them, including that: (a) posters were posted conspicuously in the restaurant informing tipped employees that the employer is entitled to reduce the minimum hourly wage for tipped employees; (b) Defendants maintain the necessary payroll records required by law; and, (c) Defendants acted in good faith.

This Notice is intended to identify potentially similarly situated employees who also believe that they may have been paid less than the applicable, required minimum wage without having been informed of the Employer's decision to take a "tip credit," or that they have not been paid all of the overtime pay due for work performed in excess of 40 hours per week. If you were employed as a "Waiter," "Waitress," or "Cafeteria Server," by any "La Carreta" restaurant in Miami-Dade or Broward Counties, at any time from February 28, 2005 through the present that provided food service directly to customers of the restaurant and received tips or gratuities directly from these customers, and you believe that you may have been paid less than the applicable, required minimum wage without being properly informed of the Employer's decision to apply a "tip credit" to your wages, or that you were not paid all overtime pay due ("time and a half") for any hours you worked over forty (40) in one or more workweeks, then you may have a claim under the law to recover damages.

The United States District Court for the Southern District of Florida will conduct a hearing at a future date to determine if each person who responds to this Notice is in fact similarly situated to the Plaintiff.

If you wish to make a claim for unpaid minimum wage, or for unpaid overtime ("time and a half") hours you worked in excess of forty (40) during any workweek, then you must sign the form which is entitled "Notice of Consent to Opt-In Pursuant to 29 U.S.C. Section 216 (b)", which is attached to this Notice, and mail it to the following address within forty five (45) days from the date of this notice:

Clerk of Court  
United States District Court  
Southern District of Florida  
400 N. Miami Avenue  
Room 8N09  
Miami, FL 33128-7716

Alternatively, you may hire your own attorney to submit this form on your behalf, or you may contact Mr. Sanchez, attorney for Mrs. Lopez and Mrs. Reyes, for further information or assistance in submitting the form. Mr. Sanchez can be reached at:

The Law Offices of Anthony F. Sanchez, P.A.  
1450 Madruga Avenue, Suite 408  
Coral Gables, FL 33146  
Telephone: (305) 665-9211  
Fax: (305) 662-2524

If your consent form is not received by the Clerk within 45 days from the date of this notice, then you will not be permitted to join in this lawsuit and will not be able to share in any potential recovery in the event damages are awarded in the lawsuit. An envelope has been provided for your return of this form to the Clerk of Court should you elect to join.

By joining this lawsuit, you designate the named Plaintiffs as your agent to make decisions on your behalf concerning the litigation such as the method and manner of conducting or settling the litigation. These decisions and agreements made and entered into by the named Plaintiffs will be binding on you if you join this lawsuit. Any settlement negotiated between the Plaintiffs and Defendants will need to be approved by the District Court.

In addition, if you choose to join this lawsuit, you will be bound by the judgment of the Court on all issues in this case, whether it is favorable or unfavorable to you. While this lawsuit is proceeding, you may, among other things, be required to provide information, sit for depositions, and, if the case proceeds to trial or is otherwise necessary, testify in court at Miami, Florida.

The law prohibits anyone from discriminating or retaliating against you for taking part in this case. This notice is only for purposes of determining the identity of those persons who wish to be involved in this case.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE ALAN S. GOLD, U.S. DISTRICT JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.

NOTICE OF CONSENT TO OPT-IN PURSUANT TO 29 U.S.C. § 216 (b)

I hereby consent, pursuant to 29 U.S.C. Section 216(b), to become a party plaintiff in this action. By choosing to join this lawsuit, I understand that I designate the representative Plaintiffs as my agent to make decisions on my behalf concerning the litigation, including entering into settlement agreements. These decisions will be binding on me if I join this lawsuit. By choosing to join this lawsuit, I understand I will be bound by the Judgment, whether it is favorable or unfavorable.

_____   _____   _____
Signature                   Printed First Middle & Last Name   Today's Date

_____
Home Address

_____   _____   _____
Home Telephone Number       Cell Phone                  Number (if any)

**(PLEASE WRITE CLEARLY OR TYPE)**